UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROCKY HEBERT                                              CIVIL ACTION

VERSUS                                                    NO. 10-1530

CAPTAIN RONNIE BORER, WARDEN                              SECTION "F" (6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the State submit a supplemental response addrssing the merits of petitioner's claims no later than March 31, 2011.

New Orleans, Louisiana, this 28th day of Feb., 2011.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE