UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROCKY HEBERT | CIVIL ACTION |
| VERSUS | NO. 10-1530 |
| CAPTAIN RONNIE BORER, WARDEN | SECTION "F" (6) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Rocky Hebert for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 21ST day of JUNE, 2011.

_____
UNITED STATES DISTRICT JUDGE